OPINION — AG — ** GENERAL REVENUES — STATE AGENCY ** QUESTION: CAN THE OKLAHOMA RESOURCES AND PLANNING BOARD AUTHORIZED BY LAW TO EXPEND " THE APPROPRIATION FROM THE 'GENERAL REVENUES' OF THE STATE FOR THE DIVISION OF STATE PARKS AND PURCHASE FIRE INSURANCE ON STATE PROPERTY IN SAID PARKS ? — NEGATIVE (PROPERTY, FIRE INSURANCE, COVERAGE, BUDGET, ITEMIZATION) CITE: 74 O.S. 63 [74-63], 74 O.S. 356.2 [74-356.2] (FRED HANSEN)